**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEANETTE JOHNSON,

  Plaintiff,                                       CASE NO.: 3:18-cv-00418-BJD-JBT

v.

REGIONS BANK,

  Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, JEANETTE JOHNSON, and the Defendant, REGIONS BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th of June, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Louis M. Ursini, III* |
| Octavio Gomez, Esquire | Louis M. Ursini, III, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0355940 |
| Morgan & Morgan Tampa, P.A. | Adams and Reese, LLP |
| 201 N. Franklin Street, Suite 700 | 101 East Kennedy Boulevard, Suite 4000 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 223-5505 | Tele: (813) 402-2880 |
| Facsimile: (813) 223-5402 | Fax: (813) 402-2887 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: Louis.Ursini@ARLaw.com |
| Secondary Email: LDobbins@ForThePeople.com | Secondary Email: Lisa.Stallard@ARLaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |